# Third District Court of Appeal

## State of Florida

Opinion filed December 31, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1331
Lower Tribunal No. 11-10268-CA-01
_____

**South Shore Venture, LLC, etc.,**
Appellant,

vs.

**The 20 Condominium Association, Inc.,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Lourdes Simon and Alan Fine, Judges.

AM Law LLC and Gary M. Murphree, for appellant.

Stok Kon + Braverman, Robert A. Stok, Yosef Kudan, and Samuel Sachs (Fort Lauderdale), for appellee.

Before FERNANDEZ, MILLER and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Mack v. Universal Prop. & Cas. Ins. Co.</u>, 321 So. 3d 901 (Fla. 2d DCA 2021).